IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| AXEL ROLON MENDEZ<br>LYDIA ANGELICA VAZQUEZ COLON | CASE NO. 13-00413 BKT |
| Debtor(s) | Chapter 13 |
| RUSHMORE LOAN MANAGEMENT<br>SERVICES, LLC | |
| Movant | |
| AXEL ROLON MENDEZ<br>LYDIA ANGELICA VAZQUEZ COLON<br>ALEJANDRO OLIVERAS RIVERA | FILED & ENTERED ON 6/28/2016 |
| Respondent(s) | |

**ORDER**

The motion requesting entry of order lifting the automatic stay filed by Rushmore Loan Management Services LLC (docket #95) is hereby granted.

SO ORDERED.

In San Juan, Puerto Rico, this 28 day of June, 2016.

Brian K. Tester
U.S. Bankruptcy Judge