IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>AXEL ROLON MENDEZ<br><br><br>XXX-XX-9652<br><br><br>Debtor | CASE NO. 13-00413 BKT<br><br>Chapter 13<br><br><br>FILED & ENTERED ON 6/15/2018 |
|---|---|

### ORDER

The Debtor's Counsel will state its position to the Trustee's Motion to Dismiss (docket entry #119) within fourteen (14) days, due by June 29, 2018, or the case will be dismissed without further notice or hearing.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of June, 2018.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA